# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:24-MJ-00098-JAG |
| ERIC LADUCER, | ) |

## CRIMINAL COMPLAINT

I, Special Agent Lindsay McIntosh, state the following is true to the best of my knowledge and belief. On or about between January 25 and January 26, 2024, in the Eastern District of Washington, the defendant violated 18 U.S.C. §§ 113(a)(7), 1153.

This complaint is based on these facts:

☑ Continued on the attached sheet.

_Lindsay McIntosh_
Complainant's signature

Special Agent Lindsay McIntosh, FBI
Printed name and title

  Sworn to before me and signed in my presence.
x Sworn to telephonically and signed electronically.

Date: March 18, 2024

_James A. Goeke_
Judge's signature

James A. Goeke, United States Magistrate
Printed name and title

City and state:   Spokane, Washington

P40306jm.SLA